performed. I conclude that a factfinder could reasonably infer that McCormack was the man identified by plaintiff's coworker.

Furthermore, plaintiff's coworker averred that there was a separate contractor working on the upper roof, i.e., the area that the insulation upon which plaintiff tripped came from. In the absence of any evidence concerning the nature of the relationship between defendant and that unidentified contractor, a question of fact also remains whether defendant had "supervisory control and authority over the work being done" by that contractor (*id.* at 864). Although defendant submitted proof that there were no contractors other than plaintiff's employer performing roofing work, we must view the evidence in the light most favorable to plaintiffs, the nonmoving parties (*see Nichols v Xerox Corp.*, 72 AD3d 1501, 1502 [2010]).

Because a question of fact remains whether defendant had supervisory control over the work on the roof, the court erred in granting that part of defendant's motion for summary judgment dismissing the Labor Law § 241 (6) cause of action (*see Walls*, 4 NY3d at 864; *Comes v New York State Elec. & Gas Corp.*, 82 NY2d 876, 877 [1993]). For the same reason, I conclude that the court properly denied defendant's motion with respect to the section 200 and common-law negligence causes of action (*see Comes*, 82 NY2d at 877). Present—Scudder, P.J., Centra, Carni, Sconiers and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT C. HINTON, JR., Appellant. [982 NYS2d 808]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Peradotto, Lindley and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NORBERT JACKSON, Appellant. [982 NYS2d 807]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Fahey, Peradotto and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHON LUCIUS, Appellant. [982 NYS2d 808]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Peradotto, Carni and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT HINTON, Appellant. (Appeal No. 1.) [982 NYS2d 808]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Peradotto, Lindley and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT HINTON, Appellant. (Appeal No. 2.) [982 NYS2d 808]—